# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN FRANCO and ARACELY FERIA, | ) |
| Plaintiffs, | ) Case No. 2:09-cv-02280-RLH-GWF |
| vs. | ) **ORDER** |
| COUNTRYWIDE HOME LOANS, *et al.*, | ) |
| Defendants. | ) |

On August 20, 2010, the Court denied Defendants' Motion to Dismiss without prejudice (#7) without considering the merits of the motion. (#14). The State Bar of Nevada had informed the Court that Plaintiff's counsel, Jorge L. Sanchez, had been temporarily suspended from the practice of law pending the resolution of formal disciplinary proceedings against him (*In the Matter of Discipline of Jorge L. Sanchez, Esq., Bar No. 10434*, No. 56126, Order of Temporary Suspension (Nev. June 23, 2010)). (#14). Finding that Mr. Sanchez's suspension left Plaintiffs without counsel and, in all likelihood, without any information concerning the status of their case, the Court stated it was reluctant to consider the merits of Countrywide's motion to dismiss and denied it without prejudice. (*Id.*)

It has been over five months since the Court's order denying the motion to dismiss (#14). There have been no filings by either party. Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Status Report no later than **February 25, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

. . .

. . .

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a photocopy of this order to the Plaintiffs' last known address: 9979 Ridgehaven Ave., Las Vegas, Nevada 89148, by certified mail, return receipt requested.

DATED this 4th day of February, 2011.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**