# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN FRANCO and ARACELY FERIA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> COUNTRYWIDE HOME LOANS, *et al.*, ) <br> ) <br> Defendant(s). ) <br> _____) | 2:09-cv-02280-RLH-GWF <br><br> **O R D E R** <br> (Administrative Closure) |

Defendant, ARACELY FERIA, having filed a Notice of Filing of Chapter 7 Bankruptcy Petition (#20, filed February 24, 2011) and all further proceedings in this matter having been stayed thereby (#21, filed March 2, 2011), IT IS HEREBY ORDERED that this matter be ADMINISTRATIVELY CLOSED, to be reopened upon motion from counsel if necessary.

Dated this 8th day of May, 2012.

_____
**Roger L. Hunt
United States District Judge**